UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CHRISTOPHER S. STRECKENBACH,

    Plaintiff,

  -vs-                                                   Case No. 15-CV-451

CHARLES VAN DENSEN,

    Defendant.

# ORDER

Christopher Streckenbach, a Wisconsin state prisoner, filed a *pro se* action under 42 U.S.C. § 1983, alleging that his civil rights were violated. This matter is before the Court on the plaintiff's second motion to compel.

Less than two weeks ago, the plaintiff filed his first motion to compel, which the Court denied because the plaintiff failed to comply with Local Civil Rule 37 (E.D. Wis.). (ECF Nos. 26, 27.) As the Court explained in its previous order, a movant must accompany all motions to compel discovery with a written certification that he attempted to confer in good faith with the other party to try to resolve the dispute but that the parties were unable to reach an agreement. L. Civ. R. 37. The plaintiff has now filed a second motion to compel, and, once again, he fails to include the required certification. The plaintiff's motion will be denied on this basis.

The Court instructs the parties to work together in good faith to resolve this dispute. Discovery is designed to proceed without the Court's involvement, and it should not be the knee-jerk reaction of either party to seek the Court's assistance when minor disputes arise. Litigation imposes a significant burden on the parties, and the rules (including the rule about the number of allowed interrogatories) are in place to provide reasonable limits to that burden. That said, the parties should strive to be flexible, recognizing each other's limitations.

While the Court acknowledges the plaintiff's *pro se* status, it reminds him that such a status does not free him from following the rules. Based on the Court's cursory review of the plaintiff's motion, it believes the parties should be able to find a compromise that both can live with.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** that the plaintiff's motion to compel (ECF No. 28) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 17th day of November, 2015.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**